**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

```
HORIZON LINES OF PUERTO RICO,
INC., et al.

     Plaintiffs,

          v.                              Civ. No. 05-1801 (PG)

ASOCIACION DE CAMIONEROS DE
ARRASTRE DE PUERTO RICO, INC.,
et al.

     Defendants.
_____
```

**J U D G M E N T**

This Court having approved the parties' Stipulation for Permanent Injunction, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties.  FURTHER, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby made part of this judgment as though set forth <u>in extenso</u>.  FURTHER, it is

**ORDERED and ADJUDGED** that judgment is hereby entered as set forth in the stipulation.

**IT IS SO ORDERED AND ADJUDGED.**

San Juan, Puerto Rico, July 29, 2005.

<u>S/ JUAN M. PEREZ-GIMENEZ</u>
UNITED STATES DISTRICT JUDGE